UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA ALI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LONG BEACH ACCEPTANCE CORP.,<br><br>　　　　　Defendant. | CIV-F-07-1062 AWI SMS<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 10, 2007 AND TAKING MATTER UNDER SUBMISSION |

　　　　Defendant Long Beach Acceptance Corp. has made motion a to dismiss the complaint without prejudice under Fed. R. Civ. Proc. 12(b)(6), or in the alternative, for a more definite statement under Fed. R. Civ. Proc. 12(e). Doc. 13. Plaintiff Karima Ali filed a timely opposition and Defendant filed a timely reply. Docs. 15 and 16. The hearing on the motion was set for September 10, 2007 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

　　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 10, 2007, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　September 5, 2007　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE