DAVID E. PINCH (State Bar No. 124851)
MAUREEN A. RODGERS (State Bar No. 245876)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

SCOTT J. HYMAN (State Bar No. 148709)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

Attorneys for Defendant
LONG BEACH ACCEPTANCE CORP.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA ALI, | Case No.:  107CV01062AWI |
| Plaintiff, | |
| vs. | |
| LONG BEACH ACCEPTANCE CORP., | **MUTUAL REQUEST FOR DISMISSAL AND ORDER** |
| Defendant. | |
| | Magistrate Judge: Sandra M. Snyder |
| | Complaint Date:  June 28, 2007<br>Trial Date:  None Set |

1
2
3
4  LONG BEACH ACCEPTANCE CORP.    )
                                  )
5          Counterclaimant,        )
                                  )
6      vs.                         )
                                  )
7                                  )
   KARIMA ALI,                    )
8                                  )
           Counterdefendant        )
9                                  )
                                  )
10 _____)
                                  )
11                                 )
12
13
14         Pursuant to a fully executed settlement agreement between the parties
15 mutually agree to dismiss this action, including both the complaint and the counter-
16 claim with prejudice.  The parties reserve all rights under the Settlement Agreement
17 including the right to request that the court reopen this action for the limited
18 purpose of enforcing the settlement agreement.
19
20 DATED:  February 22, 2008
                                    /s/ Karima Ali
21                                  Karima Ali, Plaintiff/
                                    Counter-defendant
22
23 DATED:  February 20, 2008
24                                  SEVERSON & WERSON
                                    A Professional Corporation
25
26
                                    By:  /s/ David E. Pinch
27                                       David E. Pinch
28

1
2
3
4    Attorneys for Defendant and
     Counterclaimant
5    LONG BEACH ACCEPTANCE CORP.
6
7                              **ORDER**

8    The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil

9    Procedure.   Rule 41(a)(1), in relevant part, reads:

10       an action may be dismissed by the plaintiff without order of court (i) by filing a
         notice of dismissal at any time before service by the adverse party of an answer or
11       of a motion for summary judgment, whichever first occurs, or (ii) by filing a
         stipulation of dismissal signed by all parties who have appeared in the action.
12       Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is
         without prejudice, except that a notice of dismissal operates as an adjudication
13       upon the merits when filed by a plaintiff who has once dismissed in any court of
14       the United States or of any state an action based on or including the same claim.

15   Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

16   answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

17   although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan

18   Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

19   1986). Once the stipulation between the parties who have appeared is properly filed or made in

20   open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro.

21

22   41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal

23   with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made

24   an appearance, this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d

25   at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt,

26   193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

27
28

1
2
3
4    Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of
5  the Court is DIRECTED to close this case in light of the parties' filed and signed Rule
6  41(a)(1)(ii) Stipulation For Dismissal With Prejudice.
7
8
9  IT IS SO ORDERED.
10  Dated:   February 29, 2008            /s/ Anthony W. Ishii
11                                UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28